NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WANGS ALLIANCE CORPORATION, DBA WAC LIGHTING CO.,**
*Appellant*

**v.**

**PHILIPS LIGHTING NORTH AMERICA CORP.,**
*Appellee*

---

2017-1531, 2017-1532

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01293, IPR2015-01294.

---

## JUDGMENT

---

ETAI LAHAV, Radulescu LLP, New York, NY, argued for appellant. Also represented by DAVID C. RADULESCU, MICHAEL D. SADOWITZ, TIGRAN VARDANIAN.

MARK CHRISTOPHER FLEMING, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by CYNTHIA D. VREELAND; ARIANNA EVERS, ROBERT MANHAS, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* O'MALLEY and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


<u>March 14, 2018</u>
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court